BENJAMIN B. WAGNER
United States Attorney
ELLIOT C. WONG
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-00076-DAD |
| Plaintiff, | |
| v. | ORDER TO DISMISS HEATHER HOOVER |
| HEATHER HOOVER, and BENJAMIN OLLIS, | |
| Defendants. | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the Information against Heather Hoover without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: April 28, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
hoover0076.mtd.ord

ORDER TO DISMISS VIOLATION NOTICE